UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/29/09
```

------------------------------------- x

CLAUDIA WOODARD & ELISE LAWLESS,  :

      Plaintiffs,  :  09 Civ. 3000 (BSJ) (AJP)

   -against-  :  <u>RULE 16 IPTC SCHEDULING ORDER</u>

TWC MEDIA SOLUTIONS, INC. & THE WEATHER CHANNEL,  :

      Defendants.  :

  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on May 29, 2009 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

    1.    All fact and expert discovery must be completed by September 30, 2009. Expert reports must be served by September 1, 2009 plaintiffs, September 15, 2009 defendants. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due June 30, 2009. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

    2.    Each party will notify this Court by October 2, 2009 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by

2

October 23, 2009, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by October 23, 2009 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on July 9, 2009 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         May 29, 2009

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Kenneth A. Goldberg, Esq.
                              Laura Sack, Esq.
                              Judge Barbara S. Jones

C:\ORD\16RULES