**VEDDER PRICE**

RECEIVED
JUL 06 2009
CHAMBERS OF
ANDREW J. PECK

ROY P. SALINS
212-407-6865
rsalins@vedderprice.com

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX: 212-407-7799

CHICAGO • NEW YORK CITY • WASHINGTON, DC

July 6, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/6/09

**BY FACSIMILE**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Woodard and Lawless v. TWC Media Solutions and The Weather Channel,
      09 Civ. 3000 (BSJ)(AJP)
      Client/Matter No. 41802.00.0001

Dear Judge Peck:

We represent Defendants TWC Media Solutions and The Weather Channel in the above-referenced matter. We write on behalf of the parties to request that the status conference scheduled for July 9 at 9:30 a.m. be adjourned to August 5 at 10:00 a.m. The parties are currently on track to complete discovery by the September 30 deadline, and have no current discovery disputes.

Thank you for your consideration.

Very truly yours,

Roy P. Salins

cc:   Kenneth A. Goldberg, Esq. (by facsimile)
      Laura Sack, Esq.

**MEMO ENDORSED** 7/6/09
APPROVED

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

NEWYORK/#217245.1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 6, 2009                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Kenneth A. Goldberg, Esq. | 212-973-9577 |
| Roy P. Salins, Esq.<br>Laura Sack, Esq. | 212-407-7799 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/6/09**

Approved.


Copy to:    Judge Barbara S. Jones