Jul 28 2009 2:50PM   Goldberg & Fliegel LLP   212 973 9577   Peck/MJ   p.2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
CLAUDIA WOODARD and ELISE LAWLESS,

        Plaintiffs,

        -against-

TWC MEDIA SOLUTIONS, INC. and THE
WEATHER CHANNEL,

        Defendants.
-----------------------------------------------------------

Case No. 09 Civ. 3000 (BSJ) (AJP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in the above-captioned matter, that the depositions of Plaintiffs Claudia Woodard and Elise Lawless will take place on August 13, 2009, and September 2, 2009, respectively.

A facsimile signature on this stipulation shall have the same force and effect as an original signature.

GOLDBERG & FLIEGEL LLP

By: _Kenneth A. Goldberg_ 7/28/09
   Kenneth A. Goldberg (KG 0295)
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys for Plaintiffs

VEDDER PRICE P.C.

By: _Laura Sack_
   Laura Sack (LS 5501)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-6960
Attorneys for Defendants

SO ORDERED:

_____ 7/29/09
Hon. Andrew J. Peck

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY FAX