UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- x

CLAUDIA WOODARD & ELISE LAWLESS,        :

                Plaintiffs,             :        09 Civ. 3000 (BSJ) (AJP)

        -against-                       :        ORDER

TWC MEDIA SOLUTIONS, INC. &             :
THE WEATHER CHANNEL,
                                        :
                Defendants.
                                        :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/14/09

**ANDREW J. PECK, United States Magistrate Judge:**

Counsel are to appear for a discovery conference (related to defendants' October 13, 2009 letter) on <u>October 15, 2009</u> at <u>2:00 p.m.</u>

SO ORDERED.

Dated:   New York, New York
         October 14, 2009

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Kenneth A. Goldberg, Esq.
                              Roy P. Salins, Esq.
                              Laura Sack, Esq.
                              Judge Barbara S. Jones

C:\OPIN\