# VEDDER PRICE

ROY P. SALINS
212-407-6965
rsalins@vedderprice.com

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX: 212-407-7799

CHICAGO • NEW YORK CITY • WASHINGTON, DC

October 19, 2009

**BY FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

Honorable Barbara S. Jones
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Claudia Woodard and Elise Lawless v. TWC Media Solutions, Inc. and The
Weather Channel, 09 Civ. 3000 (BSJ) (AJP)
Client/Matter No. 41802.00.0001

Dear Judge Jones:

This firm represents Defendants TWC Media Solutions, Inc. and The Weather Channel in
the above-referenced matter. We write with respect to the deadline for Defendants to file their
summary judgment papers.

This morning, we received an ECF bounce containing a typographical error that
Defendants' summary judgment motion is due on November 2. (A copy of an ECF bounce,
dated October 19, 2009, is attached.) On October 9, 2009, Judge Peck granted Defendants'
request for an extension to November 3, 2009 to file its summary judgment papers. (A copy of
an endorsed memo from Judge Peck is attached.) Therefore, we respectfully request that Court
revise the docket to indicate that Defendants' summary judgment motion is due on November 3,
per Judge Peck's order.

Respectfully submitted,

Roy P. Salins

Enclosures

cc:  Kenneth A. Goldberg, Esq. (by facsimile, w/encs.)
Laura Sack, Esq. (w/encs.)

So ordered.
Barbara J.
US DJ
10/20/09