UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA WOODARD and ELISE LAWLESS,

                     Plaintiffs,

                 -against-

TWC MEDIA SOLUTIONS, INC. and THE
WEATHER CHANNEL,

                     Defendants.

Case No. 09 Civ. 3000 (BSJ) (AJP)

## NOTICE OF MOTION

      PLEASE TAKE NOTICE THAT upon the annexed Local Rule 56.1 Statement; the annexed Declaration of Laura Sack, with attached exhibits; the annexed Affidavit of Craig Meadow, with attached exhibits; the annexed Affidavit of Meade Camp; the annexed Affidavit of Paul Iaffaldano; the annexed Affidavit of Janet Poillon; the annexed Affidavit of Matt Derella; the annexed Affidavit of Becky Powhatan; and the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment on Claudia Woodard's Claims, Defendants TWC Media Solutions, Inc. and The Weather Channel will move this Court before the Honorable Barbara S. Jones, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (i) granting summary judgment in favor of Defendants on all Claudia Woodard's claims in their entirety, on the grounds that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law; and (ii) awarding to Defendants their costs, including attorneys' fees and such other further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, are to be filed and served by November 17, 2009; and reply papers, if any, are to be filed and served by November 24, 2009.

Dated: New York, New York
November 3, 2009

        VEDDER PRICE P.C.

        By: /s/ Laura Sack
            Laura Sack (LS 5501)
            Roy P. Salins (RS 0793)
        1633 Broadway, 47th Floor
        New York, New York 10019
        (212) 407-7700
        Attorneys for Defendants