Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys For The Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLAUDIA WOODARD AND ELISE LAWLESS,

        Plaintiffs,

   - against -

TWC MEDIA SOLUTIONS, INC. and THE WEATHER CHANNEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09-CIV-3000

**AFFIDAVIT OF CLAUDIA WOODARD REGARDING EEOC INVESTIGATION**

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

    CLAUDIA WOODARD, being duly sworn, deposes and says:

    Between the date that I filed my June 2005 EEOC Charge and the end of July 2005, I and my then counsel met with Samanthia Canary, the EEOC investigator on the case. At that meeting, Ms. Canary interviewed me regarding my claims and stated that Ms. Canary considered gender-based discrimination to be one of my claims to be investigated.

_____
Claudia Woodard

Sworn to before me
this 24th day of November 2009

_____
Notary Public

KENNETH A. GOLDBERG
Notary Public, State of New York
No: 02GO5061677
Qualified in New York County
Commission Expires ~~June 19, 1998~~
July 27, 2010