```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CLAUDIA WOODARD & ELISE LAWLESS,        :

                    Plaintiffs,         :        09 Civ. 3000 (BSJ) (AJP)

         -against-                      :        **ORDER OF DISMISSAL ON CONSENT**

TWC MEDIA SOLUTIONS, INC. & THE         :
WEATHER CHANNEL,
                                        :
                    Defendants.
                                        :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/2/11

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by plaintiff Lawless and defendants and transcribed by the court reporter on March 2, 2011, and on the stipulation of those parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT plaintiff Lawless' claims are dismissed with prejudice and without costs. Any pending motions are to be terminated as moot. (This settlement does not apply to the claims of plaintiff Woodard. Judge Jones granted defendants summary judgment dismissing plaintiff Woodard's claims on January 4, 2011, Dkt. No. 51).

SO ORDERED.

DATED:      New York, New York
            March 2, 2011

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Barbara S. Jones

C:\ORD\DISMISS