

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/11

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------

CLAUDIA WOODARD and ELISE
LAWLESS,

               Plaintiffs,

         -against-

TWC MEDIA SOLUTIONS, INC. and THE
WEATHER CHANNEL,

               Defendants.

-----------------------------------------

Case No. 09 Civ. 3000 (BSJ)

**JUDGMENT AS TO PLAINTIFF
CLAUDIA WOODARD**

       Defendants having moved for summary judgment solely with respect to Plaintiff Claudia Woodard, pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on January 4, 2011, having rendered and filed its Memorandum & Order (dated January 3, 2011) granting Defendants' motion for summary judgment solely with respect to Plaintiff Claudia Woodard, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order, dated January 3, 2011 and filed on January 4, 2011, Defendants' Motion for summary judgment solely with respect to Plaintiff Claudia Woodard is granted, and all of Plaintiff Woodard's claims are hereby dismissed with prejudice; accordingly the case is closed.

Dated: New York, New York
      April 26 2011