AO 133  (Rev. 12/09) Bill of Costs

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 5/9/11          │
└─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Claudia Woodard and Elise Lawless | ) | |
| v. | ) | Case No.: 09 Civ. 3000 (BSJ) |
| TWC Media Solutions, Inc. and The Weather Channel | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/27/2011__ against __Claudia Woodard__,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ _____ |
| Fees for service of summons and subpoena ........ *#11,0861* | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 13,374.31  /0539.7 |
| Fees and disbursements for printing ................................ | _____ |
| Fees for witnesses *(itemize on page two)* ........................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .............. | _____ |
| Docket fees under 28 U.S.C. 1923 ................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ...................... | _____ |
| Compensation of court-appointed experts ........................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ....................................... | _____ |
| *All parties having appeared / opposition paper sub. 4/4* | |
| TOTAL | $  13,374.31 /0539.70 |

Stamp: *DOCKETED AS A JUDGMENT ON 5/9/11*

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [✓] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _____signature_____

Name of Attorney: Roy P. Salins

For: __TWC Media Solutions, Inc. and The Weather Channel__   Date: __04/27/2011__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __$10,539.70__ and included in the judgment.

__Ruby J. Krajick__   By: __signature__   __5/9/11__
*Clerk of Court*        *Deputy Clerk*     *Date*

Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3520
New York, New York 10165
(212) 983-1077
Attorneys For Plaintiffs



RECEIVED
MAY 09 2011
JUDGMENT CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CLAUDIA WOODARD and ELISE LAWLESS,

          Plaintiffs,

    - against -

TWC MEDIA SOLUTIONS, INC. and
THE WEATHER CHANNEL,

          Defendants.
------------------------------------- x

09 CIV. 3000 (BSJ) (AJP)

**DECLARATION OF PLAINTIFFS'
COUNSEL KENNETH A. GOLDBERG
SETTING FORTH PLAINTIFFS'
OPPOSITION AND OBJECTIONS TO
DEFENDANTS' BILL OF COSTS**

KENNETH A. GOLDBERG, an attorney duly admitted to the United States District Court for the Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel to Plaintiffs in the above matter. I make this Declaration in opposition to Defendants' Bill of Costs to Plaintiff Claudia Woodard under Fed. R. Civ. P. 54 and to set forth Plaintiffs' objections to the Bill of Costs.

2. Defendants, by their Bill of Costs, seek to recover monies for five deposition transcripts: those of Plaintiffs Elise Lawless and Claudia Woodard and of witnesses Catherine Jolly, Richard Monihan and Jennifer Monson. Plaintiffs object to Defendants' Bill of Costs and maintain that the Court should reject the Bill of Costs as submitted by Defendants.