Kenneth A. Goldberg, Esq. (KG0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3520
New York, New York 10165
(212) 983-1077
Attorneys For The Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - -- - - - - - - - - - - - x
CLAUDIA WOODARD and ELISE LAWLESS,
                                         :

        Plaintiffs,                 **09-CV-3000 (BSJ)**

                                       :

    - against -                 **NOTICE OF MOTION TO REVIEW AND**
                                      :     **VACATE THE CLERK'S TAXATION OF**
TWC MEDIA SOLUTIONS, INC. and       **COSTS UNDER FED. R. CIV. P. 54(d) AND**
THE WEATHER CHANNEL,          :     **LOCAL CIVIL RULE 54.1**

        Defendants.         :

- - - - - - -- - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Declaration of Kenneth A. Goldberg, Esq. and the exhibits attached thereto, and the Memorandum of Law In Support of Plaintiff's Motion, dated May 16, 2011, the Plaintiff Claudia Woodard, by her counsel, will move this Court before the Honorable Barbara S. Jones, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at such time as counsel may be heard, for an Order pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Civil Rule 54.1, granting Plaintiff Woodard's Motion to Review and Vacate the Clerk's Taxation of Costs and for such other and further relief as may be just and proper.

Dated: May 16, 2011
       New York, New York

                                         GOLDBERG & FLIEGEL LLP
                                         By: /s/ Kenneth A. Goldberg
                                         Kenneth A. Goldberg(KG0295)
                                         Goldberg & Fliegel LLP
                                         60 East 42 Street, Suite 3520
                                         New York, NY 10165
                                         (212) 983-1077
                                         Attorneys for Plaintiffs