

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

—————————————————————X
Claudia Woodard and Elise Lawless, Plaintiffs |
|
|                                    **NOTICE OF APPEAL**
-V- |
|
TWC Media Solutions, Inc. and |                09 CIV. 3000    (BSJ)   (AJP)
The Weather Channel, Defendants |
—————————————————————X

Notice is hereby given that _____ Plaintiff Claudia Woodard _____
                                                                        (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

the Judgment entered on April 27, 2011, which Judgment granted Defendants' motion for summary judgment
and which Judgment incorporates the Memorandum And Order (dated January 3, 2011) entered on January 4, 2011.
Plaintiff appeals from each and every part of the Judgment entered on April 27, 2011 and appeals
from each and every part of the Memorandum And Order (dated January 3, 2011) entered January 4, 2011
and appeals from each and every part of the Judgment entered on May 9, 2011 taxing costs to Plaintiff,
which states that the taxed costs are included in the Judgment.

Plaintiff appeals from each and every part of Memorandum And Order and the Judgment
listed in the Civil Docket at Civil Docket Document Numbers 51, 66 and 68.

JUDGMENT entered in this action on the ___27___ day of ___April___ , ___2011___ .
                                        (day)            (month)         (year)


                                _Kennett a. Goldberg_
                                        (Signature)
                                Goldberg & Fliegel LLP
                                60 East 42nd Street, Suite 3520
                                        (Address)
                                New York, New York 10165
                                (City, State and Zip Code)

Date: ___May 24, 2011___              ( 212 ) 983    1077
                                        (Telephone Number)

                                Attorneys for Plaintiffs


**Note:** You may use this form to take an appeal provided that it is **received** by the office of the Clerk of the
District Court within 30 days of the date on which the judgment was entered (60 days if the United States
or an officer or agency of the United States is a party).