```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CLAUDIA WOODARD and ELISE LAWLESS   :
                                    :
                   Plaintiffs,      :
          v.                        :    09-cv-3000 (BSJ)(AJP)
                                    :         Order
TWC MEDIA SOLUTIONS, INC. and       :
THE WEATHER CHANNEL,                :
                                    :
                   Defendants.      :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/11

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Currently pending before the Court is Plaintiff Woodard's Motion to Vacate and Review Clerk's Taxation of Costs, filed May 16, 2011. Subsequently, on May 24, 2011, Plaintiff filed a notice of appeal of this Court's judgment, order on motion for summary judgment, and bill of costs. Because Plaintiff's appeal is now pending before the Court of Appeals, Plaintiff's Motion to Vacate and Review Clerk's Taxation of Costs will be stayed during the pendency of the appeal. Defendants shall not collect any costs during the pendency of the appeal. No further briefing on the issue is required until the appeal is resolved.

SO ORDERED:

_____
Barbara S. Jones
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 25, 2011